SEALED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

**FILED**

**August 7, 2020**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| DAMIEN WILLIAMS | ) | 3:20-MJ- |
| | ) | |
| | ) | 3:20-MJ-821-BT |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 20, 2020 through July, 28 2020   in the county of           Dallas           in the

      Northern      District of           Texas          , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591 (a) & (b)(2) | Attempted Child Sex Trafficking |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

*James Cutbirth*

*Complainant's signature*

James Cutbirth, SA HSI

*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date:  8/7/2020

*Judge's signature*

City and state:    Dallas, Texas

REBECCA RUTHERFORD, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

I, James Cutbirth, a Special Agent with U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being first duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security, ICE/HSI, in Dallas, Texas assigned to the North Texas Trafficking Task Force (NTTTF). I have been a criminal investigator for approximately four years. I have received training from the Federal Law Enforcement Training Center (FLETC) and have been the lead investigator for various investigations across multiple disciplines including, but not limited to, human trafficking. As a law enforcement officer, I have used a variety of methods to investigate criminal activity including, but not limited to, visual surveillance, witness interviews, the use of search warrants, confidential informants, and undercover agents. I have been the Affiant for and have participated in the execution of numerous search warrants and arrest warrants.

2. In preparation for this affidavit, I have discussed the facts of this case with other law enforcement agents/officers within HSI and the NTTTF. The information contained in this affidavit is based on my personal knowledge, information I received from other law enforcement agents assisting in this investigation, and what I have learned from the other sources specifically discussed herein. Because this affidavit is being

submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation.

3.      This affidavit sets forth facts and suggests reasonable inferences from those facts, establishing that there is probable cause to believe that between June 20, 2020 and July 28, 2020 in the Dallas Division of the Northern District of Texas and elsewhere, **Damien WILLIAMS** committed the offense of Attempted Child Sex Trafficking in violation of 18 U.S.C. §§ 1594(a), 1591(a) & (b)(2).

## PROBABLE CAUSE

4.      HSI Special Agents currently assigned to the NTTTF initiated a proactive operation targeting human traffickers who exploit social media websites to recruit juvenile victims to engage in commercial sex acts.

5.      Between June 20, 2020, and July 28, 2020, **Damien WILLIAMS** engaged with HSI undercover agents (UCAs) representing themselves as a juvenile female. **WILLIAMS** communicated with the UCAs utilizing cellular telephone number 678-531-3278 and via social media "Website A"[1] utilizing username "**KING DAME_16**."

## POSITIVE IDENTIFICATION OF WILLIAMS

6.      **WILLIAMS** utilized username "**KING DAME_16**" on Website A to communicate with an UCA. The account page associated with the username "**KING DAME_16**" contained multiple photographs depicting **WILLIAMS**. Special Agents

---

[1] I know the name of the social media platform Website A, but in the interest of protecting ongoing investigations involving this website I do not list it here.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 2**

compared photographs from Website A with those drawn from Department of Motor Vehicles databases.  Special Agents confirmed a positive match.



## COMMUNICATIONS BETWEEN WILLIAMS AND UCAs

7.     Communications between **WILLIAMS** and the UCAs have been summarized and organized below for clarity.  All definitions and interpretations are based on my training and experience as a law enforcement agent.

8.     On June 20, 2020, **WILLIAMS** initiated communications with the UCA. The following is a summary of the communications conducted via a messaging application within Website A and does not include every word exchanged.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 3**

| Participant Name | Date | Message |
|---|---|---|
| **WILLIAMS** | 6/20/2020 | Hey lil momma |
| **UCA** | 6/20/2020 | Who's this |
| **WILLIAMS** | 6/22/2020 | A new friend |
| **UCA** | 6/22/2020 | I ain't lookin 4 friends but I am guessin ur a pimp |
| **WILLIAMS** | 6/22/2020 | Ur a smart girl |
| **WILLIAMS** | 6/22/2020 | But ion want u to get the misconception that the rest of the world has about the P[2] |
| **UCA** | 6/22/2020 | I been wit Ps b4 |
| **WILLIAMS** | 6/22/2020 | That's wats up…So wats ur situation now lil momma |
| **UCA** | 6/22/2020 | Ii'm talkin 2 a couple Ps and deciding wut I want 2 do |
| **WILLIAMS** | 6/22/2020 | Dig that…I hope u make the right choice. 678-531-3278 Cincinnati Redd |
| **UCA** | 6/22/2020 | Where u from tho |
| **WILLIAMS** | 6/22/2020 | The name tells u where I'm from…M in Chattanooga Tennessee right now |

After **WILLIAMS** initiated conversation, the UCA informed **WILLIAMS**, *"I ain't lookin for friends but I am guessin ur a pimp."* **WILLIAMS** confirmed when he replied, *"Ur a smart girl."* After the UCA informed **WILLIAMS** that he/she worked for pimps

---

[2] "P" is a common abbreviation used in the human trafficking subculture to refer to a Pimp

**Affidavit in Support of**
**Application for Criminal Complaint—Page 4**

in the past, **WILLIAMS** asked the UCA about his/her current situation. The UCA informed **WILLIAMS** that he/she was currently talking to other pimps before deciding. **WILLIAMS** replied, "*Dig that…I hope u make the right choice*." **WILLIAMS** then gave the UCA his moniker *"Cincinnati Red,"* his phone number (678) 531-3278, and identified his location as Chattanooga, Tennessee. **WILLIAMS** acknowledged the UCA previously engaged in the sale of commercial sex under the authority of another pimp and encouraged the UCA to "*make the right choice*" by joining his human trafficking organization (HTO).

      9.    Between June 22, 2020 and June 23, 2020, **WILLIAMS** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|:---:|:---:|:---:|
| **WILLIAMS** | 6/22/2020 | Do this for me. Send me three recent pics. One face n 2 full body, front n back |
| **WILLIAMS** | 6/22/2020 | I got a question, well I got a lot of questions, but this one can decide whether the other ones even need to be asked… |
| **WILLIAMS** | 6/22/2020 | Do u fell a P should get his money soley from a bitch that he pimpin on or does he have several avenues that bring cash in? |
| **UCA** | 6/22/2020 | I don't care how he get his money if I'm livin good |

| WILLIAMS | 6/22/2020 | Perfect answer |
|---|---|---|
| WILLIAMS | 6/22/2020 | I knew u were a smart girl |
| UCA | 6/22/2020 | You out on the blade tho?[3] |
| WILLIAMS | 6/22/2020 | When it's a blade to be on…Chattanooga more ads. Lotta bored tricks[4] wit cash |
| WILLIAMS | 6/22/2020 | So how long u been renegading?[5] |
| UCA | 6/22/2020 | I don't renegade |
| UCA | 6/22/2020 | I only worked when I had a P |
| WILLIAMS | 6/22/2020 | So u not working now? |
| UCA | 6/22/2020 | No I just ended it with a P a couple weeks ago |
| WILLIAMS | 6/22/2020 | Say lil momma…Ain't no need in dragging ya feet, the choice is clear…I'm right here…It's time to put them big girl panties on n let's get back at it. Ya dig… |

In this exchange, **WILLIAMS** asked the UCA to send him photos of him/her and then asked the UCA *"Do u fell a P should get his money soley from a bitch that he pimpin on or does he have several avenues that bring cash in?"* This question was posed by

**WILLIAMS** to test the UCA to make sure he/she understood **WILLIAMS'** dominance

---

[3] "Blade" is a common term within the human trafficking subculture used to refer to an area where women walk to display themselves while selling commercial sex. This is commonly along a road.
[4] "Tricks" is a common term within the human trafficking subculture used to refer to commercial sex customers.
[5] "Renegade" is a common term within the human trafficking subculture used to refer to a prostitute who engages in commercial sex acts who is not under the authority of a pimp.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 6**

over victims within his HTO.  The UCA's response passed **WILLIAMS'** test.

**WILLIAM**S  then sent several memes containing captions about pimping and loyalty.

**WILLIAMS**  asked the UCA if he/she was "*renegading*."  **WILLIAMS**  asked the UCA

if he/she was currently engaged in the sale of commercial sex.  The UCA told him he/she

was not, and **WILLIAMS**  replied, *"Ain't no need in dragging ya feet, the choice is*

*clear…I'm right here…It's time to put them big girl panties on n let's get back at it. Ya*

*dig…"*  **WILLIAMS**  offered to instruct the UCA in re-entering the commercial sex

industry and encouraged him/her to join his HTO.

     10.    On June 23, 2020, the UCA responded to **WILLIAMS**'s  request.  The

following is a summary of the communications from June 23, 2020 through July 1, 2020

and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| UCA | 6/23/2020 | Wuts ur fee[6] |
| WILLIAMS | 6/23/2020 | Based on the fact that u seem like a real go-getta…1500 won't be shit to a real boss bitch like u right. |
| WILLIAMS | 6/23/2020 | 678-531-3278 |
| UCA | 6/23/2020 | I think I could get that |
| WILLIAMS | 6/23/2020 | I know u can |

---

[6] "Fee" is a common term within the human trafficking subculture used to refer to a "choosing fee." This fee is paid by human trafficking victims to their trafficker or pimp to join their human trafficking organization.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 7**

| WILLIAMS | 6/23/2020 | U say u had a couple P's u were talking to…I'm just tryna c where I'm at in this race to aquire the prize which is u |
|----------|-----------|------|
| WILLIAMS | 6/24/2020 | Hit my line lil baby…I'm bout to log off here |
| WILLIAMS | 6/24/2020 | 678-531-3278 |
| WILLIAMS | 6/25/2020 | Damn…I must have come in second or third place. Still ain't heard a word from u lil baby |
| WILLIAMS | 6/30/2020 | Say there |
| UCA | 7/1/2020 | What's up? |
| WILLIAMS | 7/1/2020 | U never gonna use that number huh |
| UCA | 7/1/2020 | I will text u |
| WILLIAMS | 7/1/2020 | 678-531-3278 |

In this exchange, the UCA asked **WILLIAMS** what the fee was to join his HTO.

**WILLIAMS** stated that his fee would be $1,500.00 and then provided the same phone

number, 678-531-3278. Between June 24, 2020 through July 1, 2020, **WILLIAMS**

initiated conversations with the UCA in order to recruit him/her to join his HTO.

**WILLIAMS** questioned the UCA several times as to why he had not heard from

him/her. After **WILLIAMS** made multiple attempts to engage the UCA, the UCA agreed

to speak to **WILLIAMS** via text message with the number he provided, 678-531-3278.

## TEXT MESSAGES EXCHANGED OVER CELLULAR NETWORK

11.    On July 1, 2020 **WILLIAMS** and the UCA continued to communicate via text messages from cellular telephone number 678-531-3278. The text messages exchanged were sent by **WILLIAMS** to an HSI recorded telephone number. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **WILLIAMS** | 7/2/2020 | So u have folks[7] or nah |
| UCA | 7/2/2020 | Nah im done wit him |
| UCA | 7/2/2020 | So how much u gonna charge for the fee |
| **WILLIAMS** | 7/2/2020 | 1500…But u can make mine here |
| **WILLIAMS** | 7/2/2020 | How old r u |
| UCA | 7/2/2020 | 16 almost 17 |
| **WILLIAMS** | 7/2/2020 | Lord haff mercy |
| **WILLIAMS** | 7/2/2020 | U tryna send me to jail |
| UCA | 7/2/2020 | If u can post the ads i will try to get some car dates[8] |
| **WILLIAMS** | 7/2/2020 | Send me sum pics |

**WILLIAMS** asked the UCA again whether he/she had a pimp. The UCA confirmed

---

[7] "Folks" is a common term within the human trafficking subculture used to refer to HTO members including both traffickers and victims.

[8] "Car dates" are a common term within the human trafficking subculture to refer to when a prostitute completes a commercial sex act inside a vehicle.

he/she was not working under the authority of a pimp. The UCA asked **WILLIAMS** again how much he is going to charge for his fee. **WILLIAMS** responded that the fee was $1,500.00 but told the UCA he/she could "*earn*" the fee when he/she met **WILLIAMS**. **WILLIAMS** asked the UCA his/her age is and the UCA replied "*16 almost 17.*" **WILLIAMS** acknowledged the UCA's status as a juvenile and knowledge that his intentions were against the law when he replied "*Lord haff mercy U tryna send me to jail.*" The UCA told **WILLIAMS** that he/she would respond to customers when **WILLIAMS** posted a commercial sex advertisement on the internet. **WILLIAMS** acknowledged and told the UCA to "*Send me some pics.*"

### POSTING OF COMMERCIAL SEX ADVERTISEMENT BY WILLIAMS

12.    On July 6, 2020, **WILLIAMS** continued to communicate with the UCA. The following is a summary of the text communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **WILLIAMS** | 7/6/2020 | I need a number and an area to put in this ad |
| UCA | 7/6/2020 | 214-935-3820 |
| **WILLIAMS** | 7/6/2020 | http://dallas.skipthegames.com/female-escorts/caucasian_w/car-play/418044476871 |
| **WILLIAMS** | 7/6/2020 | I need u to stay in constant contact with me |
| **WILLIAMS** | 7/6/2020 | Errytime u bout to go on a date u text me |

| WILLIAMS | 7/6/2020 | Quick visit (15 mins) 75-80 Half hour 125-150 Hour 200-250[9] |
| WILLIAMS | 7/6/2020 | Let me know when u get responses |

**WILLIAMS** asked the UCA for his/her phone number to link to the commercial sex advertisement. The UCA provided **WILLIAMS** with an HSI recorded telephone number, 214-935-3820. **WILLIAMS** sent the UCA the hyperlink directing him/her to the commercial sex advertisement he posted on the commercial sex website www.skipthegames.com. **WILLIAMS** demonstrated his authority over the UCA when he instructed him/her *"to stay in constant contact with me"* and *"Errytime u bout to go on a date u text me."* **WILLIAMS** instructed the UCA to charge commercial sex customers $75.00 to $80.00 for a quick visit, $125.00-$150.00 for a half an hour, and $200.00-$250.00 for a full hour. **WILLIAMS** told the UCA *"Let me know when u get responses."*

## CONTINUED COMMUNICATIONS BETWEEN WILLIAMS AND UCAs

13.    On July 6, 2020, **WILLIAMS** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
| --- | --- | --- |

---

[9] "Quick visit" is a common term in the human trafficking subculture to refer to a commercial sex act in which the customer only stays long enough to ejaculate and leaves immediately afterwards

**Affidavit in Support of**
**Application for Criminal Complaint—Page 11**

| WILLIAMS | 7/6/2020 | How much u have now |
|---|---|---|
| UCA | 7/6/2020 | 700 |
| WILLIAMS | 7/6/2020 | Take a pic n send it to me |
| WILLIAMS | 7/6/2020 | Yeah babes. When u gonna send that money |
| WILLIAMS | 7/6/2020 | …Do western union with a test question 2 separate transactions….300 each. Hold the rest to have some bread to handle ur business |
| WILLIAMS | 7/6/2020 | Name: Damien Williams Send to: Chattanooga Tennessee Test Question: whats my daddy[10] name? King Dame |

In this exchange, **WILLIAMS** asked the UCA how much he/she had earned in commercial sex proceeds. The UCA told **WILLIAMS** he/she had earned seven hundred dollars. **WILLIAMS** asked the UCA for photographic proof of the commercial sex proceeds earned. **WILLIAMS** instructed the UCA to send the commercial sex proceeds to him through a money transfer service. **WILLIAMS** instructed the UCA to send $300.00 in two separate transactions. **WILLIAMS** told the UCA that he/she could keep one hundred dollars. **WILLIAMS** told the UCA to transfer the commercial sex proceeds to *"Damien Williams"* in *"Chattanooga Tennessee"* and use the test question *"whats my daddy name?"* with the answer of *"King Dame."*

---

[10] "Daddy" is a common term in the human trafficking subculture used to refer to a pimp or trafficker.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 12**

14.     On July 7, 2020 and continuing through July 8, 2020, **WILLIAMS**
continued to communicate with the UCA. The following is a summary of the
communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **WILLIAMS** | 7/7/2020 | U cant make up an excuse to go to a Walgreens or Walmart…U gonna b in and out |
| **WILLIAMS** | 7/7/2020 | Ur not playing with my time n energy are u lil momma |
| **WILLIAMS** | 7/7/2020 | Not really showing the effort im expecting out of my bottom bitch[11] |
| **WILLIAMS** | 7/8/2020 | U gonna have to do western union |
| **WILLIAMS** | 7/8/2020 | Use my name |
| **WILLIAMS** | 7/8/2020 | With a test question |
| **WILLIAMS** | 7/8/2020 | I have no id |
| **WILLIAMS** | 7/8/2020 | Damien Williams |
| **UCA** | 7/8/2020 | What was the question thing u wanted me to put on there? |
| **WILLIAMS** | 7/8/2020 | Question: Who is the number one snow bunnie[12]? Answer: Heathergingersnap |

---

[11] "Bottom bitch" is a common term in the human trafficking subculture used to refer to an experienced human trafficking victim who is trusted and aids the trafficker by managing some of the daily operations within the HTO.
[12] "Snow bunnie" is a common term in the human trafficking subculture used to refer to a Caucasian woman engaged in commercial sex.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 13**

| WILLIAMS | 7/8/2020 | Really seem like u playing |
| WILLIAMS | 7/8/2020 | But dig this. I don't have the time or patience for games |
| WILLIAMS | 7/8/2020 | Cuz all i c is a lot of text that have no meaning and full of games |
| WILLIAMS | 7/8/2020 | Say….A bih can make her mouth fry ice cream. Im going off wat u do. Fuck wat u say |
| WILLIAMS | 7/8/2020 | U talk a good one but ur action sho nothing |
| WILLIAMS | 7/8/2020 | Im starting to think ur a lil girl playing on the phone n internet with a grown ass real P |
| WILLIAMS | 7/8/2020 | But it don't take 2 days to send any money |
| WILLIAMS | 7/8/2020 | I have had a bih that made me sum money but had such a hard time getting it to me |

In this exchange, **WILLIAMS** began to express frustration because the UCA had not yet sent him the commercial sex proceeds. **WILLIAMS** again provided instructions for the UCA to transfer the commercial sex proceeds earned on July 6, 2020. **WILLIAMS** again provided the name *"Damien Williams"* with a different test question of *"Who is the number one snow bunny"* with the answer *"Heathergingersnap."* Throughout July 8, 2020, **WILLIAMS** continued to berate the UCA for not sending the commercial sex proceeds and questioned the UCA's loyalty.

## CONTINUED COMMUNICATIONS BETWEEN WILLIAMS AND UCAs

15.     On July 10, 2020, **WILLIAMS** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| WILLIAMS | 7/10/2020 | Kandi Lucas |
| WILLIAMS | 7/10/2020 | Walmart 2 Walmart or western union |
| WILLIAMS | 7/10/2020 | Chattanooga Tennessee 37411 |
| WILLIAMS | 7/10/2020 | I need the senders name and city n state and senders phone number |
| WILLIAMS | 7/10/2020 | Ash…So wats up…I got this lady here damn near hostage so I can go get that bread |
| UCA | 7/10/2020 | Yeah I sent it |
| WILLIAMS | 7/10/2020 | I need tge senders name, phone number, amount and tcn number |
| WILLIAMS | 7/10/2020 | And who sent it and amount |
| UCA | 7/10/2020 | it was 650 she used my phone number and I had to use my ride's ID so the name is ……. |
| WILLIAMS | 7/10/2020 | Western union or Walmart 2walmart |
| UCA | 7/10/2020 | Walmart 2 walmart |
| WILLIAMS | 7/10/2020 | Reference number |

| UCA | 7/10/2020 | 923339200 |

**WILLIAMS** previously explained to the UCA that he did not have an identification document. **WILLIAMS** provided the name "*Kandi Lucas*" to be used when sending the commercial sex proceeds via money transfer service. **WILLIAMS** instructed the UCA to send the proceeds using Walmart to Walmart or Western Union. After the UCA told **WILLIAMS** he/she transferred the proceeds, **WILLIAMS** asked the UCA for a reference number. The UCA provided the unique reference number 923339200 required to receive the transfer.

### TRANSFER OF COMMERCIAL SEX PROCEEDS TO WILLIAMS

16.     On July 10, 2020, HSI Special Agents transferred six hundred fifty dollars to **WILLIAM**S via Walmart to Walmart. The recipient listed was "*Kandi Lucas, Chattanooga Tennessee.*" **WILLIAMS** sent a text message to the UCA confirming receipt of the commercial sex proceeds.

### CONTINUED COMMUNICATION BETWEEN WILLIAMS AND UCA

17.     On July 10, 2020, **WILLIAMS** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
| --- | --- | --- |
| **WILLIAMS** | 7/10/2020 | Number no good |

| UCA | 7/10/2020 | I sent it to kandy lucas |
|---|---|---|
| **WILLIAMS** | 7/10/2020 | Kandi lucas |
| UCA | 7/10/2020 | I spelled it with a y |
| **WILLIAMS** | 7/10/2020 | No transaction found |
| UCA | 7/10/2020 | i went like 5 different places and had to pay all my money in gas and all that |
| **WILLIAMS** | 7/10/2020 | Can u work |
| **WILLIAMS** | 7/10/2020 | U send me all the way to this Walmart and aint a damn thing there |
| **WILLIAMS** | 7/10/2020 | Lil momma wat u get outta playing wit a P? |
| **WILLIAMS** | 7/10/2020 | Ok…Its going thru |
| **WILLIAMS** | 7/10/2020 | The misspelled name held it up |
| **WILLIAMS** | 7/10/2020 | 850 to go |
| UCA | 7/10/2020 | So the money did come thru ok? |
| **WILLIAMS** | 7/10/2020 | Yes baby |
| **WILLIAMS** | 7/10/2020 | Give me one more day like the other day n ima rent a car n come get u |
| **WILLIAMS** | 7/10/2020 | I do wat i say also so whenever u ready to work to get the rest up let me know |

While attempting to retrieve the commercial sex proceeds, **WILLIAMS** continued to communicate with the UCA. The UCA informed **WILLIAMS** that he/she sent the

proceeds to the name *"kandy lucas"* as **WILLIAMS** had previously directed.

**WILLIAMS** corrected the UCA that the name he provided was spelled, *"Kandi Lucas"* and that the wire transfer transaction could not be located. The UCA explained to **WILLIAMS** that the proceeds **WILLIAMS** previously allowed him/her to keep was spent traveling to five different locations attempting to transfer the commercial sex proceeds. **WILLIAMS** immediately followed the UCA's complaint with, *"Can u work."* **WILLIAMS** chastised the UCA for making him travel to pick up the proceeds at Walmart when there *"aint a damn thing there"* and *"wat u get outta playing with a P?"* **WILLIAMS** informed the UCA the wire transfer was going through and the UCA still had eight hundred fifty dollars left to pay on his one thousand five hundred dollar choosing fee. The UCA asked for clarification that the commercial sex proceeds were received by **WILLIAMS**, and he stated, *"Yes baby."* **WILLIAMS** further encouraged the UCA that if he/she continued to earn commercial sex proceeds such as those demonstrated earlier, he would come and pick up the UCA.

## CONTINUED COMMUNICATION BETWEEN WILLIAMS AND UCA

18.     On or about July 12, 2020, **WILLIAMS** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **WILLIAMS** | 7/12/2020 | Say babygirl…. |

| WILLIAMS | 7/12/2020 | If u can work Monday i can have u here this week…One of my old girls came back n i think ima rent an spot thru air bnb for yall |
|---|---|---|
| WILLIAMS | 7/12/2020 | She cool n can turn u on to some or her regulars |
| WILLIAMS | 7/12/2020 | That's her…Her name is Mary |
| UCA | 7/12/2020 | I can work tomorrow |
| WILLIAMS | 7/12/2020 | Wat time u want me to post the ad babygirl |
| WILLIAMS | 7/12/2020 | N u stay leaving off the Daddy |
| UCA | 7/12/2020 | When r u coming to get me? |
| WILLIAMS | 7/12/2020 | The day after u send the remaining bread on that very reasonable fee. |

During this exchange, **WILLIAMS** refers to the UCA as *"baby girl,"* and tells the UCA

if he/she sells commercial sex on Monday, he can transport the UCA to Chattanooga,

Tennessee that same week. **WILLIAMS** informed the UCA that he had another

trafficking victim working under his authority and she can introduce her regular

commercial sex customers to the UCA. **WILLIAMS** sent the UCA five photographs of

his trafficking victim and told the UCA *"Her name is Mary."* The UCA acknowledged

receiving pictures of the victim and told **WILLIAMS** that he/she could work the next

day. **WILLIAMS** stated, *"Wat time u want me to post the ad babygirl"* and corrected

the UCA for not addressing him as *"Daddy."* The UCA asked **WILLIAMS** when he

planned on coming to pick up the UCA to bring him/her back to Chattanooga, Tennessee.

**WILLIAMS** replied, *"The day after u send the remaining bread on that very reasonable fee."*

19.    **WILLIAMS** continued to communicate throughout the day of July 12, 2020. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| UCA | 7/12/2020 | Ain't that a long drive tho? U don't mind coming all the way out here? |
| WILLIAMS | 7/12/2020 | Can u get on the bus? |
| WILLIAMS | 7/12/2020 | Plane? |
| WILLIAMS | 7/12/2020 | Train? |
| UCA | 7/12/2020 | I don't think I can without an ID |
| WILLIAMS | 7/12/2020 | I mean Megabus don't check ID |
| WILLIAMS | 7/12/2020 | And grey hound wont either if i buy the ticket online |
| WILLIAMS | 7/12/2020 | So just trust me babygirl |
| WILLIAMS | 7/12/2020 | Errytime u say something to me it should either start wit daddy or end wit daddy |
| UCA | 7/12/2020 | I will daddy |
| WILLIAMS | 7/12/2020 | Ok babygirl…Just be ready |
| WILLIAMS | 7/12/2020 | Hope u have a great day tomorrow. And u gotta send that bread ASAP |

During this exchange, the UCA asked **WILLIAMS** if the distance between Chattanooga, Tennessee and Dallas, Texas would cause a problem with him trafficking the UCA. **WILLIAMS** asked the UCA if he/she could not *"get on a bus," "Plane,"* or *"Train."* The UCA again reminded **WILLIAMS** about her age and status as a juvenile by telling him that he/she did not possess an identification document. **WILLIAMS** told the UCA an identification document is not checked when traveling on *"Megabus"* and *"grey hound wont either if i buy the ticket online."* **WILLIAMS** told the UCA to *"just trust me babygirl"* and instructed the UCA again to refer to him as *"daddy."* **WILLIAMS** told the UCA to *"just be ready"* and *"have a great day tomorrow"* earning commercial sex proceeds. **WILLIAMS** ended the conversation by instructing the UCA to send the commercial sex proceeds he/she earned as soon as possible.

20.     **WILLIAMS** continued to communicate with the UCA on July 13, 2020. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **WILLIAMS** | 7/13/2020 | How my babygirl doing today |
| UCA | 7/13/2020 | I'm good my Aunt is getting ready to leave so I'm ready to work when you ready to post it |
| **WILLIAMS** | 7/13/2020 | Send me that number u use |
| UCA | 7/13/2020 | 214-935-3820 |

| WILLIAMS | 7/13/2020 | The app acting crazy, Says i cant post in the USA |
| WILLIAMS | 7/13/2020 | Im Tryna post the ads…Megapersonal and skip the games is tripping |

**WILLIAMS** initiated communications, calling the UCA *"babygirl."* The UCA told

**WILLIAMS** that his/her guardian will be leaving soon and he/she can sell commercial

sex whenever **WILLIAMS** is ready to post the commercial sex advertisement.

**WILLIAMS** asked for the UCA's phone number that was previously used. He then told

the UCA the website he was attempting to use, would not allow him to post the

commercial sex ad in the United States of America. **WILLIAMS** further explained to

the UCA, *"Im Tryna post the ads…Megapersonal and skip the games is tripping,"*

## SECOND POSTING OF A COMMERCIAL SEX ADVERTISMENT

21.    On July 13, 2020, **WILLIAMS** posted a second commercial sex

advertisement on the website www.tagged.com. **WILLIAMS** utilized photographs from

his previous commercial sex advertisement posted on www.skipthegames.com on July

10, 2020. The advertisement described the UCA as *"19"*, *"In a Relationship,"*

*"Caucasian/White,"* *"Catholic,"* and *"Straight."*

22.    **WILLIAMS** continued to communicate with the UCA on July 14, 2020.

The following is a summary of the communications and does not include everything said

during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| WILLIAMS | 7/14/2020 | Did u get any calls |
| WILLIAMS | 7/14/2020 | U did good? |
| UCA | 7/14/2020 | I got a couple set up for this afternoon I didn't have time for all the tricks last night |
| UCA | 7/14/2020 | Where did u post? |
| WILLIAMS | 7/14/2020 | Ancient Chinese secret |
| WILLIAMS | 7/14/2020 | Hoe much did u make. |
| UCA | 7/14/2020 | 500 last night |
| WILLIAMS | 7/14/2020 | This what i want u to do. Im gonna get this rental today. But ima need u to send me 400 ASAP u keep 100. We gonna say that's 12. U have to make 300 today that's it…And with them 2 or 3 u have lined up that will be easy |

During this exchange, **WILLIAMS** asked the UCA how many responses the UCA

received from the commercial sex advertisement posted on July 13, 2020. The UCA told

**WILLIAMS** he/she made several arrangements to sell commercial sex after he/she

*"didn't have time for all the tricks last night."* The UCA asked **WILLIAMS** where he

posted the commercial sex advertisement and **WILLIAMS** replied, *"Ancient Chinese*

*secret."* **WILLIAMS** asked the UCA how much he/she earned from selling commercial

sex and the UCA stated *"500 last night."* **WILLIAMS** then instructed the UCA, *"send*

*me 400 ASAP u keep 100. U have to make 300 today that's it…And with them 2 or 3 u have lined up that will be easy."*

## CONTINUED COMMUNICATION BETWEEN WILLIAMS AND UCA
## REGARDING TRANSFER OF COMMERCIAL SEX PROCEEDS

23.   **WILLIAMS** continued to communicate with the UCA on July 15, 2020. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| WILLIAMS | 7/15/2020 | Send that bread n I'm coming to Texas |
| WILLIAMS | 7/15/2020 | We gonna work there for a min |
| WILLIAMS | 7/15/2020 | Just was seeing when u was gonna try to send that |
| UCA | 7/15/2020 | If I send it tomorrow u coming Thursday? |
| WILLIAMS | 7/15/2020 | Friday |
| UCA | 7/15/2020 | I hope Friday morning my aunt talking about leaving for a trip Friday night and she wants me to go with her |
| WILLIAMS | 7/15/2020 | Do u have a lot of stuff? |
| UCA | 7/15/2020 | Can I take 3 bags? |
| WILLIAMS | 7/15/2020 | Yeah…3 cool…U can take more if u need |
| UCA | 7/15/2020 | I only got 3 really I don't have much stuff |

| WILLIAMS | 7/15/2020 | That's Aiight…The way you work…U will |

During this exchange, **WILLIAMS** told the UCA that as soon as the commercial sex proceeds were sent to him, he would travel to Texas to retrieve the UCA. **WILLIAMS** informed the UCA that he would be keeping the UCA in Texas for a short amount of time to sell commercial sex under his authority. The UCA asked **WILLIAMS** when he planned on traveling to Texas and **WILLIAMS** replied, *"Friday."* The UCA acknowledged and informed **WILLIAMS** that his/her guardian was making plans to go on a trip that same day. **WILLIAMS** asked the UCA *"Do u have a lot of stuff?"* and the UCA replied *"Can I take 3 bags?"* **WILLIAMS** gave the UCA his permission and told the UCA *"U can take more if u need."* The UCA informed **WILLIAMS** that he/she did not have that many possessions, and **WILLIAMS** acknowledged, *"That's aiight…The way you work…U will."*

### SECOND TRANSFER OF COMMERCIAL SEX PROCEEDS

24.    On July 16, 2020, **WILLIAMS** and the UCA continued to communicate about the transfer of commercial sex proceeds. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| UCA | 7/16/2020 | What city and zip code do I send it to? |
| WILLIAMS | 7/16/2020 | Chattanooga 37411 |
| WILLIAMS | 7/16/2020 | Wats the total? |

| UCA | 7/16/2020 | 500 |
|---|---|---|
| UCA | 7/16/2020 | 763461477 |
| UCA | 7/16/2020 | That's the reference number |
| WILLIAMS | 7/16/2020 | Hey…I got it babygirl |

On July 16, 2020, HSI Agents transferred five hundred dollars to **WILLIAMS** via Walmart to Walmart. The recipient of the transfer was "Susan Cocke." The UCA gave **WILLIAMS** the reference number *"763461477"* with an amount of *"500."* **WILLIAMS** confirmed he received the commercial sex proceeds when he said, *"Hey…I got it babygirl."*

     25.    On July 16, 2020, at approximately 12:45 p.m., **WILLIAMS** communicated with the UCA via a telephone call on an HSI recorded telephone number. The following is a summary of the communications between **WILLIAMS**, utilizing telephone number 678-531-3278, and the UCA utilizing an HSI recorded telephone number. This does not include every word exchanged.

    *26.*    **WILLIAMS** told the UCA, *"So I got my guy trying to get the car from Tweedies now it's a little spot that takes cash for the rental."* **WILLIAMS** told the UCA that after he gets the car its an *"11 hour 24 minute"* drive to get to the UCA. The UCA asked **WILLIAMS** what time he would be arriving to pick up him/her and **WILLIAMS** replied, *"I'm going to drive straight through. When I tell you I'm leaving count eleven and a half hours from right then."* The UCA told **WILLIAMS** that 5 a.m. would be the

best time for him/her to leave and **WILLIAMS** stated, *"we will do about five or six."*
*"Ill text you and let you know when he got the car and bringing it to me and from that*
*point on I'm on the road."*

27.    Throughout July 16, 2020, **WILLIAMS** maintained communication with
the UCA while he prepared to travel to Dallas, Texas to pick up the UCA.  The following
is a summary of the communications and does not include everything said during the
exchange.

| Participant Name | Date | Message |
|---|---|---|
| **WILLIAMS** | 7/16/2020 | My dude i had getting the car for me his card wasn't accepted. And tweeties the cash place had no cars. One return in the morning. I have to b the first mf at the lot to get it. Do not get discouraged. |
| UCA | 7/16/2020 | so what time am i supposed to be ready to leave? |
| **WILLIAMS** | 7/16/2020 | Icant get a car til tomorrow |
| **WILLIAMS** | 7/16/2020 | Definitely tommorw 8-9 |
| UCA | 7/16/2020 | ok i hope ur for sure daddy my aunt wants to leave for the beach |
| **WILLIAMS** | 7/16/2020 | U don't have to hope…U showed n proved so i gotta do the same |
| UCA | 7/16/2020 | Ok daddy I will be ready |
| **WILLIAMS** | 7/16/2020 | U better |

During this exchange, **WILLIAMS** informed the UCA that he would not be traveling that night to pick up the UCA because there were no vehicles available to rent. **WILLIAMS** explained his intention to be the first customer the next morning at *"tweeties"* to pick up a vehicle and told the UCA to *"not get discouraged."* **WILLIAMS** told the UCA he would arrive *"definitely tommorw 8-9."* The UCA informed **WILLIAMS** that his/her guardian was planning on traveling out of town and he/she would be ready. **WILLIAMS** ended the conversation by instructing the UCA, *"U better."*

28.     On July 17, 2020, **WILLIAMS** continued to communicate his intention to travel to Dallas, Texas to pick up the UCA.  The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **WILLIAMS** | 7/17/2020 | At the rental place now babygirl…Waiting on the return so we can rent it |
| UCA | 7/17/2020 | What time u gonna get here daddy? |
| **WILLIAMS** | 7/17/2020 | Cant even get a car. |
| **WILLIAMS** | 7/17/2020 | R u scared to fly |
| UCA | 7/17/2020 | I'm not scared but I don't think they let me on without a fake ID |
| UCA | 7/17/2020 | I don't think 16 is old enough to get a ticket |

| WILLIAMS | 7/17/2020 | The bus u can. I know for sure |
| UCA | 7/17/2020 | Yea but you don't have a car? |
| WILLIAMS | 7/17/2020 | They want 400 for 2 days |
| UCA | 7/17/2020 | I sent u 500 yesterday tho |
| WILLIAMS | 7/17/2020 | U right… |
| WILLIAMS | 7/17/2020 | U were sending tgat foe a rental? |
| WILLIAMS | 7/17/2020 | Or on my fee |

During this exchange, **WILLIAMS** informed the UCA that he was unsuccessful in renting a vehicle. **WILLIAMS** asked the UCA *"R u scared to fly."* The UCA expressed concern that he/she would not be able to fly without a false identification document. The UCA re-emphasize his/her age when he/she said, *"I don't think 16 is old enough to get a ticket."* **WILLIAMS** acknowledged and informed the UCA that he/she could travel on a bus without an identification document. **WILLIAMS** told the UCA the car rental business wanted *"400 for 2 days."* The UCA reminded **WILLIAMS** that he previously received five hundred dollars in commercial sex proceeds the day before. **WILLIAMS** acknowledged, *"U right..."* and then asked *"U were sending tgat foe a rental? Or on my fee."*

29.     Continuing July 17, 2020, **WILLIAMS** and the UCA continued to communicate with each other. The following is a summary of the communications and does not include everything said during the exchange.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 29**

| Participant Name | Date | Message |
|---|---|---|
| UCA | 7/17/2020 | I thought u had a car and girls and everything |
| WILLIAMS | 7/17/2020 | Babygirl…Dont for one minute think i dont want u here. But u also gotta work wit me. |
| WILLIAMS | 7/17/2020 | Cuz this team i have is really a bunch of bullshit |
| UCA | 7/17/2020 | If u dont even have enough money to rent a car how are u gonna teach me about the game? |
| WILLIAMS | 7/17/2020 | I have more than enough |
| WILLIAMS | 7/17/2020 | U haven't even got that small ass fee up n u questioning me bout shit. |
| WILLIAMS | 7/17/2020 | U can have this lil bit of money back |
| WILLIAMS | 7/17/2020 | U suppose to sit back n let me do this |
| UCA | 7/17/2020 | Ur gonna send the 1400 back? |
| WILLIAMS | 7/17/2020 | 650 plus 500 dont equal 1400 |
| UCA | 7/17/2020 | So ur gonna send all that back |
| WILLIAMS | 7/17/2020 | That's the best thing to do…I have never let nobody tell me wat to do…And im not bout to start now |
| WILLIAMS | 7/17/2020 | Wat name u want to use |
| UCA | 7/17/2020 | ………..  ……, TX ….. |

During this exchange, the UCA began to question **WILLIAMS's** status and previous story that he was the head of a HTO. **WILLIAMS** reassured the UCA of his desire to have the UCA join his HTO and expressed dissatisfaction with his *"team."* The UCA again questioned **WILLIAMS's** lack of funds and ability to earn proceeds operating an HTO. **WILLIAMS** answered the UCA's concern by stating, *"I have more than enough."* **WILLIAMS** began chastising the UCA for not being able to earn his required fee in order to join his HTO and told the UCA *"U can have this lil bit of money back."* **WILLIAMS** corrected the UCA regarding the amount of money he previously received in commercial sex proceeds from him/her. When the UCA asked for verification that **WILLIAMS** was returning the commercial sex proceeds, **WILLIAMS** told the UCA *"I have never let nobody tell me wat to do…And im not bout to start now."* The UCA provided **WILLIAMS** with a name, city, and zip code to return the commercial sex proceeds.

30.    On July 28, 2020, the UCA re-engaged **WILLIAMS** about not returning the commercial sex proceeds. **WILLIAMS** did not respond and has not attempted to communicate with the UCA since July 17, 2020.

## CONCLUSION

31.    Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that between June 20, 2020 and July 28, 2020, in the Dallas Division of the Northern District of Texas and elsewhere, **Damien WILLIAMS**

**Affidavit in Support of**
**Application for Criminal Complaint—Page 31**

committed the offense of Attempted Child Sex Trafficking in violation of 18 U.S.C.

§§ 1594(a), 1591(a) & (b)(2).

Respectfully submitted,

*James Cutbirth*

JAMES CUTBIRTH
Special Agent
Homeland Security Investigations

Signature confirmed via reliable electronic means on the ___7__ th day of August, 2020, pursuant to Fed. R. Crim. P. 4.1.

HON. REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE