**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 2 2020
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| DAMIEN WILLIAMS | 3-20CR0412-B |

### INDICTMENT

The Grand Jury charges:

### Count One
### Attempted Child Sex Trafficking
(Violation of 18 U.S.C. § 1594(a) (18 U.S.C. § 1591(a)(1) & (b)(2))

Between on or about June 20, 2020, and on or about July 28, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Damien Williams**, in and affecting interstate commerce, did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, who had not attained the age of 18 years, knowing that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1594(a) (18 U.S.C. § 1591(a)(1)), the penalty for which is found at 18 U.S.C. § 1591(b)(2).

## Forfeiture Notice
### (18 U.S.C. § 1594(d))

Upon conviction for the offense alleged in Count One of the indictment, and pursuant to 18 U.S.C. § 1594(d), the defendant, **Damien Williams**, shall forfeit to the United States (1) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, and any property traceable to such property.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
United States Attorney

_____
Rebekah Ricketts
Assistant United States Attorney
Texas State Bar No. 24074883
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: rebekah.ricketts@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DAMIEN WILLIAMS

INDICTMENT

18 U.S.C. § 1594(a) (18 U.S.C. § 1591(a)(1) & (b)(2))
Attempted Child Sex Trafficking
(Count 1)

1 Count

A true bill rendered

_____
DALLAS                                               FOREPERSON

Filed in open court this 2 day of September, 2020.

**Defendant in Federal Custody since 08-11-2020**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:20-MJ-821-BT